**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed February 22, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00023-CV**

---

## IN RE NORTH HOUSTON – TRMC, LLC D/B/A HCA HOUSTON HEALTHCARE TOMBALL, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-43811**

---

## MEMORANDUM MAJORITY OPINION

On January 11, 2024, relator North Houston – TRMC, LLC d/b/a HCA Houston Healthcare Tomball filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition,

relator asks this court to compel the Honorable Michael Gomez, presiding judge of the 129th District Court of Harris County, to vacate the trial court's September 11, 2023 order denying relator's amended motion for summary judgment.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain (Spain, J., dissenting).